TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00339-CV








In re Ruby Scott, State Farm Mutual Automobile

Insurance Company and Alice C. Brown







ORIGINAL PROCEEDING FROM FAYETTE COUNTY






M E M O R A N D U M O P I N I O N




 The parties have notified us that the suit underlying their petition for writ of
mandamus has been settled and that the petition for writ of mandamus is moot and can now be
dismissed. Accordingly, we dismiss the petition for writ of mandamus. See Tex. R. App. P. 52.



 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear


Filed: October 22, 2004